UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Yenima Hernandez                                    Case No.: 23-16463-CLC
           Yoandre Perez                                       Chapter 13
_____Debtor(s)_____/

### MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATE OF FUNDS

COMES NOW the Debtor(s), Yenima  Hernandez and Yoandre  Perez, by and through undersigned counsel, and files this Motion to Reinstate Chapter 13 Case and Certificate of Funds and as grounds therefore states:

1. This case was filed on August 16, 2023 and dismissed on February 6, 2024, for failure to

   become current with Chapter 13 Plan Payments.

2. The Section 341 Meeting of Creditors was scheduled for September 15, 2023.

3. Debtors have provided undersigned counsel with funds in the form of a cashier's check that

   brings them current with his Chapter 13 plan as of the date of the instant motion.

4. Debtors wish to continue with the Chapter 13 bankruptcy.

WHEREFORE the undersigned respectfully requests that this Honorable Court enter an Order

Granting Debtor's Motion to Reinstate Chapter 13 Case.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted on February 8, 2024.

Respectfully submitted:                 **Jose A. Blanco, P.A.**
February 8, 2024                         By: */s/ Jose A. Blanco* | FBN: 062449
                                        Attorney for Debtor(s)
                                        102 E 49th ST
                                        Hialeah, FL 33013,
                                        Tel. (305) 349-3463
                                        E-mail: jose@blancopa.com